**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM** | ) | |
| | ) | **Case No. 3:16-2500** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **SEVEN90, LLC, et al.,** | ) | |

**O R D E R**

Pursuant to Plaintiff's Notice of Voluntary Dismissal (Docket No. 16), Defendants Thrive Nutra, Inc., Jeff Rappaport, Lindsay Rappaport, and Shanti Skin Care, Inc., are hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

Pursuant to Rule 72(a) and (b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) and (B), this action is hereby referred to the Magistrate Judge for consideration of all pretrial matters. Any dispositive motions filed shall be considered by the Magistrate Judge, who shall submit proposed findings of fact and recommendations for disposition.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE