UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CRAIG CUNNINGHAM,

    PLAINTIFF,

V.                                                        CIVIL ACTION NO. 16-CV-02500

SEVEN90, LLC., ET AL.,           HON. VICTORIA A. ROBERTS

    DEFENDANTS.             MAGISTRATE JUDGE NEWBERN
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

On January 9, 2017, Plaintiff filed a Motion to Dismiss with Prejudice. [Doc. 26]

The Court **GRANTS** the motion. Defendants Affiliate Truth, LLC d/b/a Blue Box Nutrition and d/b/a Xtreme T. Boost; Joshua Askeroth, Seven90, LLC.; Eli Conner; Sharks Eat, LLC; Green Earth Nutrition, LLC; Justin James Radobaugh; and, James Radobaugh are **DISMISSED WITH PREJUDICE**.

The case remains pending as to Defendants Opus Products, LLC, Brandon Peterson, J. Alejandro Montayo, John/Jane Doe 1-10 and Naturally Brands, Inc.

**IT IS ORDERED**.

                                           /s/ Victoria A. Roberts
                                           VICTORIA A. ROBERTS
                                           UNITED STATES DISTRICT COURT
                                           SITTING BY SPECIAL DESIGNATION

DATED: SEPTEMBER 5, 2017

> The undersigned certifies that a copy of this document was served on the attorneys of record, Craig Cunningham and Brandon Petersen by electronic means or U.S. Mail on September 5, 2017.
> s/Linda Vertriest
> Deputy Clerk