IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:16-cv-02500 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| SEVEN90, LLC, et al., | ) | MAGISTRATE JUDGE |
| | ) | NEWBERN |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 75) recommending this matter be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 75 at 8). No objections have been filed. In fact, Plaintiff has not made any filings in this case for over a year.

The Court has reviewed the Report and Recommendation (Doc. No. 75) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE